NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1019
(Serial No. 10/770,072)

IN RE EDWARD K. Y. JUNG and LOWELL L. WOOD, JR.

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

ON MOTION

O R D E R

Upon consideration of the appellants' unopposed motion for a 7-day extension of time, until February 19, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 2 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert Greene Sterne, Esq.
Raymond T. Chen, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 5 2010

JAN HORBALY
CLERK